**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHEVON ELIZABETH BRITO,

                Plaintiff,                          19 **CIVIL** 8710 (GWG)

      -v-                                **JUDGMENT**

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2020, that the final decision of the Commissioner be reversed and that above-captioned action be remanded to the Commissioner of Social Security, for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a new hearing before a new administrative Law Judge; the parties consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York
           September 10, 2020

                                                     **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**
                                        **BY:**
                                                        _____
                                                          **Deputy Clerk**